**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-44199-399 |
| | ) | Honorable Barry S. Schermer |
| **BRADLEY DONALD WIESE and GAIL BROYLES WIESE,** | ) ) | Chapter 7 |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| **JEFFERY KEIFER and ANN MARIE KEIFER,** | ) ) | Adversary Case No. 22-04002-169 |
| | ) | |
| Plaintiffs, | ) | Re: Adv. Docs. No. 1, 11 |
| | ) | |
| v. | ) ) | |
| **BRADLEY DONALD WIESE and GAIL BROYLES WIESE,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

Before this Court is the *Joint Stipulation of Dismissal Without Prejudice* (the "**Stipulation**") [Doc. No. 11] filed by Plaintiffs Jeffery Keifer and Ann Marie Keifer (collectively, "**Plaintiffs**") and Defendants Bradley Donald Wiese and Gail Broyles Wiese (collectively, "**Defendants**") requesting dismissal of this adversary proceeding without prejudice, pursuant to stipulated terms, in accordance with Fed. R. Civ. P. 41(a)(2), made applicable herein by Fed. R. Bankr. P. 7041,

Upon consideration of the foregoing Stipulation, and being well and fully advised in the premises, this Court finds as follows:

1. This is an adversary proceeding alleging that certain indebtedness owed by Defendants to Plaintiffs was non-dischargeable under 11 U.S.C. § 523(a)(3)(B).

2. The parties desire to dismiss the instant adversary proceeding pursuant to the terms set forth in the Stipulation.

Accordingly, it is therefore

**ORDERED** that the Stipulation is hereby **APPROVED**. It is further

**ORDERED** that the above-captioned adversary proceeding shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**, subject to the terms contained in the Stipulation.

DATED: January 25, 2022
St. Louis, Missouri
mtc

BONNIE L. CLAIR
United States Bankruptcy Judge

**So Stipulated:**

By:  */s/ Thomas H. Riske*
Date:  January 18, 2022

THOMAS H. RISKE #61838MO
DORMIE YU HENG KO #72509MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
thr@carmodymacdonald.com
dko@carmodymacdonald.com

ATTORNEYS FOR PLAINTIFFS

By:  */s/ Stephen D. Coffin*
Date:  January 18, 2022

STEPHEN D. COFFIN
The Small Business Law Center
2705 St. Peters-Howell Rd., Suite A
St. Peters, MO 63376
(636) 244-5252 office
(636) 486-1788 fax
scoffin@tsblc.com

ATTORNEY FOR DEFENDANTS